UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID LEE,
                    Plaintiff,

-v-

DONALD TRUMP,
*President of the United States*,
                    Defendant.

20-CV-2034 (JPO)

ORDER OF SERVICE

J. PAUL OETKEN, District Judge:

    On May 4, 2020, Plaintiff filed an Amended Complaint, as well as two motions for a temporary restraining order or preliminary injunction. (Dkt. Nos. 7–9.) This Court directs Plaintiff to serve the following on the United States Attorney's Office for the Southern District of New York, Civil Division via certified mail: a copy of (1) the summons, (2) the amended complaint, (3) both motions for a temporary restraining order or preliminary injunction, and (4) this order.

    The Government shall respond to Plaintiff's motions within seven days of receipt of service.

    SO ORDERED.

Dated: May 5, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge