**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DAVID LEE,

       Plaintiff,

   -against-           20 **CIVIL** 2034 (JPO)

                 **JUDGMENT**

DONALD TRUMP,
President of the United States,

       Defendant.
------------------------------------------------------------X

   It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated January 26, 2021, the Defendant's motion to dismiss is granted;

accordingly, the case is closed.

**Dated:** New York, New York
   January 26, 2021

              **RUBY J. KRAJICK**
            _____
               Clerk of Court
        **BY:**
               Deputy Clerk